WILLIAM E. MALLORY, Plaintiff, Respondent, v. DANIEL D. TOMPKINS (by Amendment in Place of ROBERT H. KENNEDY), as Substituted Trustee, etc., of JANE GRIFFIN, Deceased, Defendant, and STUART BAKER, as Guardian ad Litem of SIDNEY A. GRIFFIN, an Incompetent Person, Defendant, Respondent. MARGARET M. DONOHUE, Purchaser, Appellant.— Order granting motions to set aside sale, ordering resale and directing refund affirmed, without costs. No opinion. Lazansky, P. J., Young and Kapper, JJ., concur; Carswell and Tompkins, JJ., dissent and vote for reversal.

SARAH A. McKNIGHT, Respondent, v. BANK OF NEW YORK AND TRUST COMPANY and WILLIAM G. PILGRAM, Appellants.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

LYDIA MOUSSETTE, Respondent, v. LOUIS MOUSSETTE, Appellant. (Appeal No. 1.) — Order denying defendant's motion to modify directions in final judgment of divorce so as to provide that defendant shall pay to plaintiff, for her support and maintenance only, such sums as the court may deem just and proper, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

LYDIA MOUSSETTE, Respondent, v. LOUIS MOUSSETTE, Appellant. (Appeal No. 2.) — Order reversed upon the law, without costs, and motion denied, without costs. There is no authority for granting a counsel fee to a wife on an appeal by the husband from an order denying his application for a reduction in alimony required to be paid under a final judgment. (*Parker* v. *Parker*, 189 App. Div. 603; *Bishop* v. *Bishop*, 210 id. 3.) Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

ISAAC PARSHELSKY, Respondent, v. STELLAN HOLDING CORPORATION, Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE CECERE, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Rich, Young, Kapper and Tompkins, JJ., concur; Lazansky, P. J., dissents and votes for a new trial upon the ground that the colloquy between the court and the complaining witness (folios 54–57) was prejudicial to the defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES ESPOSITO, Appellant.— Judgment of conviction reversed upon the law and the facts and a new trial granted. Hagarty and Scudder, JJ., concur, being of opinion that despite the fact that the confession of Fagan was excluded as against this defendant, the reference thereto by the district attorney in his summation was prejudicial even though the court stated that it would refer to the exclusion of this proof in its charge, and did refer to it; Lazansky, P. J., concurs upon the ground stated and upon the further ground that the guilt of this defendant was not established beyond a reasonable doubt; Rich and Kapper, JJ., dissent and vote to affirm.